# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Gannon,<br><br>       Plaintiff,<br><br>v.<br><br>Truly Nolen of America Incorporated,<br><br>       Defendant. | **NO. CV-22-00428-TUC-JAS**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 31, 2023, judgment of dismissal is entered and the complaint and action are dismissed with prejudice.

                                                    Debra D. Lucas
                                                    District Court Executive/Clerk of Court

August 31, 2023

                                                      s/ C. Ortiz
                                      By   Deputy Clerk